Continental Bank & Trust Company, as Trustee, Respondent, *v.* Tanager Construction Corporation, Appellant.

Argued January 16, 1951; decided March 8, 1951.

*Samuel Sumner Goldberg* and *Jerome S. Zurkow* for appellant.

*George C. Demas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.